**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD 20902
301-593-8700

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
~~CIRCUIT COURT OF MARYLAND FOR~~

Case No. 1:07 CV 1618

Trial Date

Jayatilake R. Mudiyanselage                VS.        Aruna Gaurd, Inc.

        Plaintiff(s)                                                Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon __Vineeth Gaurd-HUsband and CoDefendant__

   Description: Race __Indian__ Sex __male__ Hgt __6'0"__ Wgt __190__ Approx. Age __35__

   On the __27th__ day of __September__, 2007 at __1:25__ AM/PM.

   At __4201 Connecticut Ave. N.W. Washington, D.C.__

By delivering and leaving with the person served a copy of each of the following:

XXX  The writ of summons issued in the above case
☐    Statement of claims and all supporting papers
XXX  Other  Complaint and Demand for Jury Trial

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above.