**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
~~CIRCUIT COURT OF MARYLAND FOR~~

Case No. 1:07 CV 1618

Trial Date

Jayatilake R. Mudiyanselage          VS.          Vineeth Gaurd, Ind.

Plaintiff(s)                                                Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon ___Vineeth Gaurd-served personally___

   Description: Race _Indian_  Sex _male_  Hgt _6'0"_  Wgt _190_  Approx. Age _35_

   On the _27th_ day of _September_, 2007 at _1:25_ ~~AM~~/PM.

   At _4201 Connecticut Ave. N.W. Washington, D.C._

By delivering and leaving with the person served a copy of each of the following:

- [X] The writ of summons issued in the above case
- [ ] Statement of claims and all supporting papers
- [X] Other  Complaint and Demand for Jury Trial

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court:  Should any additional information be needed please contact our office at the phone number listed above.