UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAYATILAKE R. MUDIYANSELAGE<br>on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ARUNA GAURD and VINEETH GAURD<br>d/b/a VAN NESS LIQUOR,<br>ARUNA GAURD, and VINEETH GAURD<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:07-cv-01618 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties have stipulated and agreed that Defendants' time to answer or otherwise respond to Plaintiff's Complaint shall be extended through and until November 16, 2007 to provide time for the parties to explore settlement of all claims.

Respectfully submitted,

_Philip B. Zipin_  
Philip B. Zipin (#367362)  
The Zipin Law Firm, L.L.C.  
8403 Colesville Road  
Suite 610  
Silver Spring, MD  
301.587.9373  
301.587.9397 Fax  
Counsel for Plaintiffs  

_Mary E. Pivec_  
Mary E. Pivec (# 445760)  
M. Ginger McCauley (#478528)  
Keller and Heckman LLP  
1001 G Street, NW  
Suite 500 West  
Washington, DC 20001  
202.434.4109  
202.434.4646 Fax  
Counsel for Defendants  

Dated: October 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENNAKOON MUDIYANSELAGE CHANDRARATNE, ) and JAYATILAKE R. MUDIYANSELAGE ) on behalf of themselves and all others similarly situated ) ) **Plaintiffs,** ) ) v. ) ) PUSHPA SARAFF and SAJAN KUMAR SARAFF ) d/b/a BARMY WINE & LIQUOR, ) PUSHPA SARAFF, and SAJAN KUMAR SARAFF ) ) **Defendants.** ) _____ ) | Case No.: 1:07-cv-01617 (JDB) |

## CONSENT ORDER

Upon consideration of the Stipulation to Extend Time To Respond To Complaint and good cause being shown, it is this \_\_\_\_\_ day of _____, 2007 hereby;

**ORDERED** that the deadline for Defendants to respond to Plaintiff's Complaint is extended through and until November 16, 2007.

_____
Honorable John D. Bates