## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAYATILAKE R. MUDIYANSELAGE | : |
| | : |
| *On Behalf of Himself and* | : |
| *All Others Similarly Situated* | : |
| | : |
|     Plaintiff, | : |
| | : |
|         v. | : Civil Action No.: **1:07-cv-1618** |
| | : |
| ARUNA GAURD AND VINEETH GAURD | : |
| d/b/a: Van Ness Liquor, et al. | : |
| | : |
|     Defendants. | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The parties hereto having settled and fully resolved this matter, the Clerk will please mark this case as DISMISSED WITH PREJUDICE.

        Respectfully submitted,

        _____/s/_____
        Philip B. Zipin, Bar No. 367362
        Nancy Brewer
        The Zipin Law Firm, LLC
        8403 Colesville Road, Suite 610
        Silver Spring, Maryland 20910
        Phone: 301-587-9373
        Fax: 301-587-9397
        Email:    pzipin@zipinlaw.com
                      nbrewer@zipinlaw.com

        **Counsel for Plaintiff**